UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWIN EARL ELLIOTT,<br>　　　　Appellant,<br>　v.<br>PACIFIC WESTERN BANK,<br>　　　　Appellee. | Case No. 18-cv-00416-VC<br><br>**ORDER TO SHOW CAUSE** |

Appellant Edwin Earl Elliott filed this appeal of the bankruptcy court's judgment on January 19, 2018. A perfected record has yet to be transmitted or made available to this Court. The appellant is ordered to file a response to this order within seven days showing cause why this case should not be dismissed for failure to prosecute.

**IT IS SO ORDERED.**

Dated: May 4, 2018

_____
VINCE CHHABRIA
United States District Judge